IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHAD MICHAEL JARRELL                                                                                    PLAINTIFF

VS.                                                        CIVIL ACTION NO. 5:18-cv-00128-DCB-MTP

LIFE INSURANCE CO. OF NORTH
AMERICA                                                                                                  DEFENDANT

### Stipulation of Dismissal with Prejudice

Based on a full and final settlement reached by the parties, it is hereby stipulated that all claims and counterclaims in this case are hereby DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted, this the 25th day of July, 2019.

/s/ James E. Shields, Jr.                                   /s/ William F. Ray

James E. Shields, Jr. (MSB No. 103172)       William F. Ray (MSB No. 4654)
311 Huey P. Long Avenue                              WATKINS & EAGER PLLC
Gretna, Louisiana  70053                                400 East Capitol Street
Telephone:     (504) 368-0003                        Jackson, Mississippi 39201
Facsimile:      (504) 368-0002                         Post Office Box 650
Email: jamey@shieldslaw.com                       Jackson, Mississippi  39205
*Attorney for Chad Michael Jarrell*                 Telephone:     (601) 965-1900
                                                                     Facsimile:      (601) 965-1901
                                                                     Email: wray@watkinseager.com
                                                                     *Attorney for Life Insurance Company*
                                                                     *of North America*

CERTIFICATE OF SERVICE

  I hereby certify that on July 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

James E. Shields, Jr.
311 Huey P. Long Avenue
Gretna, Louisiana  70053

This the 25th day of July, 2019.

            /s/ William F. Ray
            William F. Ray